THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael J. Cline,       
Appellant.
 
 
 

Appeal From Horry County
Roger M. Young, Circuit Court Judge

Memorandum Opinion No. 2004-MO-025
Submitted May 17, 2004 - Filed June 
 1, 2004

DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of S.C. Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of Columbia; 
 and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Dismissed under Rule 220(b)(1), SCACR, after review pursuant 
 to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be 
 relieved is granted.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.